■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN LINDSEY, Appellant. [642 NYS2d 535] —Appeal by the de-

fendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered April 12, 1994, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Sullivan, J. P., Copertino, Santucci and Goldstein, JJ., concur.